AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKibben, Howard D | United States District Court | 05/04/2006 |

| 4. Title (Article III judges indicate active or senior statns; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 400 S. Virginia St., Room 607<br>Reno, Nevada 89509 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Instructor | The National Judicial College, Reno, Nevada |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED MAY 9 10 29 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2005 | Public Employers Retirement System ▉ |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Promissory Note - 4.24% Adjustable 1994 ● | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House - ███ NV █ | D | Rent | N | W | | | | | |
| 2. 1/2 interest -unimproved land ███ NV(water rights)██ | | None | O | W | | | | | |
| 3. House, ███ Oregon █ | E | Rent | O | W | | | | | |
| 4. Bank of America | A | Interest | J | T | | | | | |
| 5. Bank of America, Checking Acct., ████ | | None | J | T | | | | | |
| 6. Security Benefit & Nationwide Life | D | Interest | N | T | | | | | |
| 7. Wells Fargo | B | Interest | M | T | | | | | |
| 8. Sierra Federal Credit Union, Carson City, NV | B | Interest | M | T | | | | | |
| 9. Key Plan Maxi-Single Premium Life - Tax Deferred █ | B | Interest | L | T | | | | | |
| 10. Hartford - Single Premium | A | Interest | K | W | | | | | |
| 11. Evergreen Total Return Mutual Fund | C | Dividend | M | T | | | | | |
| 12. AT&T | B | Dividend | K | T | sold | 11/25 | J | A | |
| 13. At&T (sold stock at two different times in 2005) | | | | | Sold | 12/5 | J | A | |
| 14. Charles Schwab & Co., Inc. | A | Interest | J | T | | | | | |
| 15. Bell South | B | Dividend | K | T | | | | | |
| 16. SBC Communcations (now AT&T) | B | Dividend | K | T | merger | 11/21 | | | |
| 17. Dean Witter Sears Liq. Asset & Liq. Asset FD DSC Exchange | C | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimat | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (Cont.)DeanWitterTaxFreeDaily Income&ActiveAssetTrust | | | | | | | | | |
| 19. Ford Motor Company | A | Dividend | J | T | | | | | |
| 20. Public Employees Retirement System of Nevada ■ | | None | J | W | | | | | |
| 21. Inter Capital Quality Muni (two funds) | A | Interest | J | T | | | | | |
| 22. Inter Capital Insured Muni Income | A | Interest | J | T | | | | | |
| 23. 10.0 net mineral acre interest - ■ ■ Texas | | None | J | W | | | | | |
| 24. Water Rights, ■ Nevada | | None | J | W | | | | | |
| 25. Cisco Systems, Inc. | | None | J | T | | | | | |
| 26. Dell Computer | | None | J | T | | | | | |
| 27. Microsoft | A | None | J | T | | | | | |
| 28. Delphi Automotive | A | Dividend | J | T | sold | 12/27 | J | | |
| 29. General Motors | A | Dividend | K | T | sold | 7/11 | J | | |
| 30. Raytheon Co. | A | Dividend | J | T | sold | 12/27 | J | | |
| 31. Morgan Stanley Dean Witter IRA Acct: American Opportunities | | None | J | T | | | | | |
| 32. General Electric | A | Dividend | K | T | | | | | |
| 33. Dean Witter IRA Account: Dean Witter Convertible Securities | A | Dividend | J | T | | | | | |
| 34. Dean Witter IRA Account: - Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dean Witter IRA Account: - Dean Witter Div. Growth | | None | J | T | | | | | |
| 36. Dean Witter IRA Account: - T Rowe Price Small Cap | | None | J | T | | | | | |
| 37. Dean Witter Active Asset Acct: - U.S. Treasury Notes | C | Interest | M | T | | | | | |
| 38. Lucent Corp. | | Dividend | J | T | sold | 12/27 | J | | |
| 39. NCR Corp. | | None | J | T | | | | | |
| 40. Van Kampen Utility Income (See Cover Letter) | A | Interest | K | T | purchase | 7-04 | | | |
| 41. Intel | A | Dividend | J | T | | | | | |
| 42. Veritas (formerly Seagate & Semantic - July 6, 2005) | | None | J | T | sold | 12/21 | J | | |
| 43. House ▮▮▮▮▮▮California | | None | N | W | | | | | |
| 44. Bank of America Time Certificate | B | Interest | M | T | | | | | |
| 45. Tollgrade | | None | J | T | | | | | |
| 46. Sun Microsystems | | None | J | T | | | | | |
| 47. Conexant | | None | J | T | sold | 7/11 | J | | |
| 48. Interleukin Genetics | | None | J | T | | | | | |
| 49. Avaya | | None | J | T | sold | 12/27 | J | A | |
| 50. Visteon | | None | J | T | | | | | |
| 51. Loral | | None | J | T | sold | 12/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Farm - ███████Ohio | D | Rent | M | W | | | | | |
| 53. Oracle | | None | J | T | | | | | |
| 54. Series I Bonds (eleven) (See 2 in Part VIII) | | None | J | T | | | | | |
| 55. Heritage Bank | B | Interest | M | T | | | | | |
| 56. Smuckers | | None | J | T | | | | | |
| 57. Agere Systems | | None | J | T | sold | 7/11 | J | | |
| 58. Comcast Corp. | | None | J | T | | | | | |
| 59. Sky Works Solutions | | None | J | T | sold | 7/11 | J | | |
| 60. Mindspeed (distribution of Conexant) | | None | J | T | sold | 7/11 | J | | |
| 61. J.P. Morgan & Chase | | None | J | T | | | | | |
| 62. Citi Bank | A | Interest | K | T | opened | 10/6 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All of our assets are held in a trust.

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 05/04/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████     Date  May 4, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544